# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MUNGUIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive<br><br>Defendants. | Case No: 5:21-CV-00512 DSF SP<br>Dist. Judge: Dale S. Fischer<br>Mag. Judge: Sheri Pym<br>Courtroom 7D<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER DATED MAY 27, 2021** |

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: June 7, 2021　　　　_____
　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　United States Magistrate Judge

1

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER DATED MAY 27, 2021